[Nos. 23649-8-III; 23651-0-III;   Division Three.   June 30, 2005.]
23652-8-III; 23653-6-III.

*In the Matter of the Sentences of* TAMRA A. JONES ET AL.

Appeals from judgments of the Superior Court for Spokane County, Nos. 04-1-02979-2, 04-1-00889-2, 04-1--02389-1, and 04-1-00957-1, Salvatore F. Cozza and John A. Schultheis, JJ., entered September 8, 13, and 28, 2004. *Remanded* by unpublished opinion per Kato, C.J., concurred in by Kurtz and Brown, JJ. Now published at 129 Wn. App. 626.

[No. 52242-6-I.   Division One.   July 5, 2005.]

*In the Matter of the Marriage of* GARY A. STOBBE, *Appellant*, and CHERIE N. SINGER, *Respondent*.

Appeal from judgments of the Superior Court for King County, No. 01-3-02228-1, Gregory P. Canova, J., entered March 27 and April 15, 2003. *Reversed* by unpublished opinion per Grosse, J., concurred in by Becker and Appelwick, JJ.

[No. 53602-8-I.   Division One.   July 5, 2005.]

*In the Matter of the Estate of* DORIS A. GLINN.

GAIL MARKHAM, *Appellant*, v. WALLACE L. GLINN, SR., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 02-4-00487-1, Michael J. Fox, J., entered December 22, 2003. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Ellington, A.C.J., and Kennedy, J.